**KOCH & SCOW, LLC**
David R. Koch, Nev. Bar No. 8830
E-mail:  dkoch@kochscow.com
Steven B. Scow, Nev. Bar No. 9906
E-mail:  sscow@kochscow.com
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Tel:  702-318-5040
Fax:  702-318-5039

**TUCKER ELLIS LLP**
Daniel J. Kelly (*pro hac vice* pending)
E-mail:  daniel.kelly@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Tel:  415-617-2203

*Attorneys for Bellaire Tower Homeowners Association*

E-Filed on 12-13-2021

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

☐ Affects SILVER STATE BROADCASTING, LLC

☐ Affects GOLDEN STATE BROADCASTING, LLC

☐ Affects MAJOR MARKET RADIO, LLC,

☒ Affects all Debtors

Case No. BK-S-21-14978-ABL

Jointly Administered with
Case No. BK-S-21-14979-ABL
Case No. BK-S-21-14980-ABL

Chapter 11

**REQUEST FOR SPECIAL NOTICE**

Bellaire Tower Homeowners Association, by and through its attorneys of record, Koch & Scow, LLC, hereby requests notice of all hearings, applications, motions, contested matters, and adversary proceedings filed in this case, including copies of all notices, pleadings, papers, and other related materials that are issued or filed in connection with the proceedings, all of which should be directed to:

        KOCH & SCOW, LLC
        Steven B. Scow
        11500 S. Eastern Ave., Ste. 210
        Henderson, Nevada 89052

      Email: sscow@kochscow.com

Dated: December 13, 2021

                        KOCH & SCOW, LLC

                     By:   /s/ *Steven B. Scow*
                            Steven B. Scow (Nev. Bar No. 9906)
                            KOCH & SCOW, LLC
                            Attorneys for Bellaire Tower Homeowners Association

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on December 13, 2021, a copy of Bellaire Tower Homeowners Association's **REQUEST FOR SPECIAL NOTICE** was served by the following means:

✓ by the ECF System to all interested parties in this case

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED: December 13, 2021

By: /s/ Steven B. Scow
STEVEN B. SCOW, ESQ.
Attorneys for Bellaire Tower Homeowners Association

-3-